**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC. <br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 1:21-cv-1972 <br><br> PLAINTIFF PPSA'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I the undersigned, as counsel of record for the Project for Privacy and Surveillance Accountability, Inc. (PPSA), certify that to the best of my knowledge and belief, PPSA has no parent corporation and there is no publicly held corporation holding 10% or more of its stock.

/s/ Gene C. Schaerr

GENE C. SCHAERR (D.C. Bar No. 416638)
   *Counsel of Record*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Counsel for Plaintiff PPSA, Inc.*