FOIA Summons (1/13) (Page 2)

Civil Action No. 21-cv-01972-CKK

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
was received by me on *(date)*  07/21/2021  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On July 22, 2021, I personally mailed to the U.S. Attorney for the District of Columbia, via FedEx, the summons and a copy of the complaint in this action. On July 29, 2021, I received a FedEx proof-of-delivery receipt stating that the mailing had been delivered, and signed for, on July 26, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date:   07/30/2021

*Server's signature*

Scott Goodwin, Counsel
*Printed name and title*

Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| PPSA, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21cv1972 |
| U.S. Department of Justice | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*   U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gene C. Schaerr
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 7/21/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*