IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

**CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

On July 21, 2021, Plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") filed a Complaint seeking relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at ¶¶ 20-26, ECF No. 1. According to the Complaint, the FOIA request at issue was "'directed specifically'" to 20 separate "'units and/or divisions within'" defendant U.S. Department of Justice ("Defendant" or "DOJ"). Compl. at ¶ 16.

Plaintiff effected service on all necessary parties on July 26, 2021. *See* ECF Nos. 5-7. Under Federal Rule of Civil Procedure 12(a)(2) and 5 U.S.C. § 552(a)(C), the deadline for Defendant's response to the Complaint is currently August 26, 2021. Defendant requests an extension of this deadline, however, as DOJ requires additional time to investigate the allegations with respect to each of the 20 DOJ components identified in Plaintiff's Complaint. Having conferred with Plaintiff, Defendant now respectfully requests—with Plaintiff's consent and agreement—that the Court extend Defendant's time to respond to the Complaint until September 15, 2021.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        /s/ *Kristin Taylor*
        Kristin Taylor
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L St. NW, Room 11110
        Washington, DC 20005
        (202) 353-0533 (direct)
        (202) 616-8470
        kristin.a.taylor@usdoj.gov

        *Counsel for the Defendant*

DATED: August 24, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

    /s/ *Kristin Taylor*
Kristin Taylor
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 353-0533 (direct)
(202) 616-8470
kristin.a.taylor@usdoj.gov