IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

## [PROPOSED] ORDER

Upon consideration of the defendant's Consent Motion for an Extension to Respond to Complaint, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the defendant's deadline to respond to the Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(a)(2) and 5 U.S.C. § 552(a)(C) is hereby EXTENDED until September 15, 2021.

**SO ORDERED**

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge