IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

# JOINT STATUS REPORT

This action concerns a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, made by plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") to defendant the U.S. Department of Justice ("DOJ" and, together with Plaintiff, "the Parties"). Pursuant to the Court's September 17, 2021, Order, the parties have met, conferred, and report the following.

1.  The DOJ components[1] with which Plaintiff's FOIA request is still open[2] are in the process of evaluating whether Plaintiff submitted a proper FOIA request that reasonably describes the records sought and, if so, how to search for records responsive

---

[1] DOJ is decentralized for FOIA purposes, with internal components each processing FOIA requests independently. For ease and efficiency of reference, the components within DOJ responsible for processing Plaintiff's FOIA request are referred to collectively, including one such component, the Office of the Inspector General, which is a statutorily created independent entity within DOJ.

[2] As acknowledged in DOJ's Answer, ECF No. 9, one DOJ component, the Civil Division, made a final determination and closed out Plaintiff's FOIA request.

to Plaintiff's FOIA request, as well as what administrative constraints (such as record location, custodian or system repositories, or on-site review requirements) may apply to any processing of records potentially responsive to Plaintiff's FOIA request. Plaintiff and DOJ have had an initial discussion about potentially agreeing to a reformulation or narrowing of the request and plan to continue such discussions in the coming weeks.

2. At this time, because the Parties are conferring regarding the scope of Plaintiff's request, and records searches for 12 of the 13 responsible DOJ components are either in preliminary stages or have not commenced, DOJ is unable to provide an estimate for the anticipated number of documents potentially responsive to Plaintiff's FOIA request.

3. DOJ is unable to provide an estimated production schedule prior to the completion of records searches. The timing of any release of non-exempt records would depend on the number of records located and the number of different offices with which the responsible DOJ components must consult pursuant to DOJ regulations, as well as on any potential disruptions caused by the ongoing pandemic.

4. DOJ will continue to engage with Plaintiff while continuing to evaluate Plaintiff's FOIA request. DOJ will update Plaintiff and the Court on any projected number of records and confer with Plaintiff regarding a processing schedule when such information is known.

5. A motion for a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is unlikely.

6. The Parties do not yet know whether summary judgment will be necessary, and they will continue to work together to resolve as many issues as possible.

Given the current status of the processing of Plaintiff's FOIA request, the likelihood of needing a *Vaughn* index is presently unknown.

7. At this time, the Parties are unable to propose a final schedule for proceeding in this matter. The Parties respectfully request that they be permitted to submit to this Court another joint status report on November 1, 2021, to provide an update on the status of the processing of Plaintiff's FOIA request and propose further proceedings as necessary.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Assistant Branch Director

    */s/ Kristin Taylor*
    Kristin Taylor
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L St. NW, Room 11110
    Washington, DC 20005
    (202) 353-0533 (direct)
    (202) 616-8470
    kristin.a.taylor@usdoj.gov

    *Counsel for DOJ*

    */s/ Gene C. Schaerr*
    Gene C. Schaerr
    Scott D. Goodwin*
    SCHAERR | JAFFE LLP
    1717 K Street, NW, Suite 900
    Washington, DC 20006
    (202) 787-1060
    gschaerr@schaerr-jaffe.com

    *D.C. bar application pending. Practicing under the supervision of D.C. Bar members pursuant to Rule 49(c)(8).

DATED: September 30, 2021    *Counsel for Plaintiff*