IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>   *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>   *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:21-cv-1972 (CKK) |

## JOINT STATUS REPORT

This action concerns a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, made by plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") to defendant the U.S. Department of Justice ("DOJ" and, together with Plaintiff, "the Parties"). Pursuant to the Court's September 30, 2021, Minute Order, the parties have met, conferred, and report the following.

1.   The DOJ components[1] with which Plaintiff's FOIA request is still open[2] are various stages of responding to Plaintiff's FOIA request. In all, those components are: evaluating whether Plaintiff submitted a proper FOIA request that reasonably

---

[1] DOJ is decentralized for FOIA purposes, with internal components each processing FOIA requests independently. For ease and efficiency of reference, the components within DOJ responsible for processing Plaintiff's FOIA request are referred to collectively, including one such component, the Office of the Inspector General, which is a statutorily created independent entity within DOJ.

[2] As acknowledged in DOJ's Answer, ECF No. 9, one DOJ component, the Civil Division, made a final determination and closed out Plaintiff's FOIA request.

describes the records sought and, if so, how to search for records responsive to Plaintiff's FOIA request, as well as what administrative constraints (such as record location, custodian or system repositories, or on-site review requirements) may apply to any processing of records potentially responsive to Plaintiff's FOIA request; or conducting at least preliminary searches for responsive records.  Plaintiff and DOJ have had discussions about potentially agreeing to a reformulation or narrowing of the FOIA request, and plan to continue such discussions in the coming weeks.

2. At this time, because the Parties are conferring regarding the scope of Plaintiff's request, and records searches for 12 of the 13 responsible DOJ components are in preliminary or early stages, or have not commenced, DOJ is unable to provide an estimate for the anticipated number of documents potentially responsive to Plaintiff's FOIA request.

3. DOJ is unable to provide an estimated production schedule prior to the completion of records searches.  The timing of any release of non-exempt records would depend on the number of records located and the number of different offices with which the responsible DOJ components must consult pursuant to DOJ regulations, as well as on any potential disruptions caused by the ongoing pandemic.

4. DOJ will continue to engage with Plaintiff while continuing to evaluate Plaintiff's FOIA request.  DOJ will update Plaintiff on the projected number of records and confer with Plaintiff regarding a processing schedule when such information is known and, thereafter, update the Court.

5. A motion for a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is unlikely.

6. The Parties do not yet know whether summary judgment will be necessary, and they will continue to work together to resolve as many issues as possible. Given the current status of the processing of Plaintiff's FOIA request, the likelihood of needing a *Vaughn* index is presently unknown.

7. At this time, the Parties are unable to propose a final schedule for proceeding in this matter. The parties anticipate having further information for the Court by December 1, 2021, the deadline for the next Joint Status Report set by the Court's September 30, 2021, Minute Order. That report will update the Court on the status of DOJ's response to Plaintiff's FOIA request and, if possible, propose further proceedings or schedules as necessary.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Kristin Taylor*
Kristin Taylor
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 353-0533 (direct)
(202) 616-8470
kristin.a.taylor@usdoj.gov

*Counsel for DOJ*

 */s/ Gene C. Schaerr*
Gene C. Schaerr (D.C. Bar No. 416368)
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900

Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Plaintiff PPSA, Inc.*

DATED: November 1, 2021