IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:21-cv-1972 (CKK) |

**JOINT STATUS REPORT**

This action concerns a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, made by plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") to defendant the U.S. Department of Justice ("DOJ" and, together with Plaintiff, "the Parties"). Pursuant to the Court's September 30, 2021, Minute Order, the parties have met, conferred, and report the following.

1. The DOJ components[1] with which Plaintiff's FOIA request is still open[2] are at various stages of responding to Plaintiff's FOIA request.

---

[1] DOJ is decentralized for FOIA purposes, with internal components each processing FOIA requests independently. For ease and efficiency of reference, the components within DOJ responsible for processing Plaintiff's FOIA request are referred to collectively, including one such component, the Office of the Inspector General, which is a statutorily created independent entity within DOJ.

[2] As acknowledged in DOJ's Answer, ECF No. 9, one DOJ component, the Civil Division, made a final determination and closed out Plaintiff's FOIA request.

1

a. The Office of Justice Programs ("OJP") has completed its search of e-mail records and its search of hard drive records is ongoing. OJP expects to complete all searches for potentially responsive records sometime in January 2022.

b. The Criminal Division ("Criminal") has begun a search for potentially responsive records and anticipates that process will be completed in January 2022. When that search is completed, Criminal will need to conduct a responsiveness review of any records returned as potentially responsive before evaluating production-schedule options.

c. The Organized Crime Drug Enforcement Task Forces ("OCDETF") has completed a search for potentially responsive records, and estimates it can begin processing records at a pace of 250 documents per month, with the first production occurring in January 2022. OCDETF does not currently know the number of potentially responsive records, but hopes to know that figure by the date of the next report to the Court.

d. The National Security Division has begun a search for potentially responsive records, but does not currently have an estimate on an approximate search-return date.

e. The remaining components continue to: evaluate whether Plaintiff submitted a proper FOIA request that reasonably describes the records sought or how to search for records responsive to

Plaintiff's FOIA request, as well as what administrative constraints (such as record location, custodian or system repositories, or on-site review requirements) may apply to any processing of records potentially responsive to Plaintiff's FOIA request.  Some of these components have, however, begun preliminary or focused searches for certain categories of potentially responsive records.  The Parties have had discussions about potentially agreeing to a reformulation or narrowing of the FOIA request for these components, and plan to continue such discussions in the coming weeks.

2. At this time, the Parties are conferring regarding the scope of Plaintiff's request.  Given the status of the searches for potentially responsive records to Plaintiff's FOIA request, *see supra* 1, DOJ is unable to provide an estimate for the anticipated number of documents potentially responsive to Plaintiff's FOIA request.

3. DOJ is unable to provide an estimated production schedule prior to the completion of records searches, aside from what is discussed in 1, *supra*.  The timing of any release of non-exempt records would depend on the number of records located and the number of different offices with which the responsible DOJ components must consult pursuant to DOJ regulations, as well as on any potential disruptions caused by the ongoing pandemic.

4. DOJ will continue to engage with Plaintiff while continuing to evaluate Plaintiff's FOIA request.  DOJ will update Plaintiff on the projected number of records

and confer with Plaintiff regarding processing schedules when and as such information is known and, thereafter, update the Court.

5. At this time, the Parties are unable to propose a final schedule for proceeding in this matter. The next due date for a Joint Status Report pursuant to the Court's September 30, 2021, Minute Order is December 31. Given that day is a holiday, the Parties request the Court instead permit a filing no later than January 10, 2022, and further amend the current schedule for filing joint status reports to be due every thirty days following January 10, 2022 (meaning, the next due date would be February 9, 2022, and so forth). No matter the deadline, the Parties anticipate having further information for the Court at the time of the next Joint Status Report to the Court. That report will update the Court on the status of DOJ's response to Plaintiff's FOIA request and, if possible, propose further proceedings or schedules as necessary.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Branch Director

                */s/ Kristin Taylor*
                Kristin Taylor
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L St. NW, Room 11110
                Washington, DC 20005
                (202) 353-0533 (direct)
                (202) 616-8470
                kristin.a.taylor@usdoj.gov

                *Counsel for DOJ*

                     */s/ Gene C. Schaerr*
                     Gene C. Schaerr (D.C. Bar No. 416368)
                     Schaerr | Jaffe LLP
                     1717 K Street NW, Suite 900
                     Washington, DC 20006
                     (202) 787-1060
                     gschaerr@schaerr-jaffe.com

                     *Counsel for Plaintiff PPSA, Inc.*

DATED: December 1, 2021