IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:21-cv-1972 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

This action concerns a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, made by plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") to defendant the U.S. Department of Justice ("DOJ" and, together with Plaintiff, "the Parties"). Pursuant to the Court's September 30 and December 2, 2021, Minute Orders, the Parties have met, conferred, and report the following.

1. With multiple DOJ Components[1] subject to Plaintiff's request, and with the varying nature of the records maintained by each Component, the Parties have been working cooperatively to find the most efficient path forward for the processing of Plaintiff's FOIA request, and have been making progress.

---

[1] DOJ is decentralized for FOIA purposes, with internal components each processing FOIA requests independently. For ease and efficiency of reference, the components within DOJ responsible for processing Plaintiff's FOIA request are referred to collectively ("Components"). One Component, the Office of the Inspector General ("OIG"), is a statutorily created independent entity within DOJ.

1

2. The Organized Crime Drug Enforcement Task Forces ("OCDETF") made its third and final release of records to Plaintiff on March 7, 2022.[2]

3. DOJ is awaiting Plaintiff's response to a request that the Justice Management Division ("JMD") be excused from any further processing of Plaintiff's FOIA Request.  All of the remaining Components with which Plaintiff's FOIA request is open—*i.e.*, every Component except for OCDETF, JMD, and the Civil Division—have at least begun searching for records responsive to Plaintiff's FOIA request.[3]  All such Components are at various stages of responding to the request, as outlined below.

    a. The Office of Justice Programs has begun releasing records to Plaintiff,[4] and will continue to process and release responsive records, if identified, on a monthly basis.

    b. The National Security Division ("NSD") and the Executive Office for United States Attorneys ("EOUSA") have completed their respective searches for responsive records and are each reviewing their search returns for responsiveness, non-exemption, and de-duplication.[5] EOUSA will begin processing 250 pages a month in April 2022, and

---

[2] OCDETF also released records to Plaintiff on January 31 and February 23, 2022.

[3] At least some of the Components continue to: evaluate whether Plaintiff submitted a proper FOIA request that reasonably describes the records sought or how to search for records responsive to Plaintiff's FOIA request, as well as what administrative constraints (such as record location, custodian or system repositories, or on-site review requirements) may apply to any processing of records potentially responsive to Plaintiff's FOIA request.  The Parties are discussing a reformulation or narrowing of the FOIA request for these Components, and plan to continue such discussions in the coming weeks.  The result of those discussions may impact the searches already being conducted by at least some of the Components.

[4] OJP released records to Plaintiff on February 7 and March 9, 2022.

[5] The search completed by EOUSA was in accordance with its proposal to Plaintiff, *see supra* note 3, which also currently governs its related review of potentially responsive records.

expects its first record release—assuming responsive records are found—to occur by April 29, 2022. NSD roughly projects it will release all responsive records—assuming they exist—within 60 days.[6] OIG has also completed its search for responsive records; it is evaluating the results of its search and is not yet in a position to estimate a response date.[7]

c. The remainder of the Components with which Plaintiff's FOIA request remains open continue to search for responsive records, in accordance with a narrowing proposal relayed to Plaintiff. *See supra* note 3.[8] DOJ anticipates that, barring unforeseen circumstances, all of these searches will return within 90 days.[9]

4. DOJ will continue to engage with Plaintiff while continuing to evaluate its FOIA request. DOJ will update Plaintiff on the projected number of records and processing schedules when such information is known and, thereafter, update the Court.

---

[6] These early projections for record releases by EOUSA and NSD do not account for possible delays due to consultations with equity holders. *See* 28 C.F.R. § 16.4(d).

[7] The search completed by OIG was in accordance with its proposal to Plaintiff, *see supra* note 3, which also currently governs its related review of potentially responsive records.

[8] The Office of Information Policy ("OIP") has completed initial keyword searches for about half of the nearly 300 custodians implicated by Plaintiff's FOIA request; those keyword searches have already yielded nearly 40,000 search results (each result being either an email, attachment, loose file, etc.). OIP is also awaiting information from Plaintiff regarding the desired scope of sought records, which could impact OIP's responsiveness review of the nearly 40,000 results already identified, as well as the outstanding keyword searches and the review of the likely additional tens of thousands of results from those searches.

[9] On March 3, 2022, the Federal Bureau of Investigation ("FBI") released records to Plaintiff that OCDETF had located in its records, which were referred to the FBI for direct response to Plaintiff. The FBI has not released records to Plaintiff as a result of the FBI's search. On March 7, 2022, the FBI also issued a letter to Plaintiff advising, *inter alia*, of the estimated duplication costs associated with Plaintiff's FOIA request. The FBI is awaiting Plaintiff's response to that letter.

5. The Parties anticipate having further information for the Court by April 11, 2022, the deadline for the next Joint Status Report set by the Court's December 2, 2021, Minute Order. That report will update the Court on the status of DOJ's response to Plaintiff's FOIA request and, if possible, propose further proceedings or schedules as necessary.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Kristin Taylor
Kristin Taylor
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 353-0533 (direct)
(202) 616-8470
kristin.a.taylor@usdoj.gov

*Counsel for DOJ*

 /s/ Gene C. Schaerr
Gene C. Schaerr (D.C. Bar No. 416368)
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Plaintiff PPSA, Inc.*

DATED: March 11, 2022