IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

## JOINT STATUS REPORT

This action concerns a request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, made by plaintiff Project for Privacy and Surveillance Accountability, Inc. ("Plaintiff") to defendant the U.S. Department of Justice ("DOJ" and, together with Plaintiff, "the Parties"). Pursuant to the Court's September 30 and December 2, 2021, Minute Orders, the Parties have met, conferred, and report the following.

1. With multiple DOJ Components[1] subject to Plaintiff's request, and with the varying nature of the records maintained by each Component, the Parties have been working cooperatively to find the most efficient path forward for the processing of Plaintiff's FOIA request, and have been making progress.

---

[1] DOJ is decentralized for FOIA purposes, with internal components each processing FOIA requests independently. For ease and efficiency of reference, the components within DOJ responsible for processing Plaintiff's FOIA request are referred to collectively ("Components"). One Component, the Office of the Inspector General ("OIG"), is a statutorily created independent entity within DOJ.

1

2. All of the Components with which Plaintiff's FOIA request is open—*i.e.*, every Component except for the Organized Crime Drug Enforcement Task Forces and the Civil Division—have begun searching for records responsive to Plaintiff's FOIA request.[2] All such Components are at various stages of responding to the request, as outlined below.

    a. In the prior report to the Court, ECF No. 16, the Parties advised that DOJ was awaiting Plaintiff's response to a request that the Justice Management Division ("JMD") be excused from any further processing of Plaintiff's FOIA Request. Plaintiff has since responded, indicating a desire for JMD to process the request to some further degree; the Parties are negotiating how to proceed. Given these events, JMD has not initiated any searches for responsive records beyond targeted manual searches to determine the likelihood of having responsive records.

    b. The Office of Justice Programs ("OJP") has begun releasing records to Plaintiff, with releases occurring on February 7, March 9, and April 8, 2022. OJP will continue to process and release responsive, non-exempt records, if identified, on a monthly basis.

---

[2] At least some of the Components continue to evaluate whether Plaintiff submitted a proper FOIA request that reasonably describes the records sought or how to search for records responsive to Plaintiff's FOIA request, as well as what administrative constraints (such as record location, custodian or system repositories, or on-site review requirements) may apply to any processing of records potentially responsive to Plaintiff's FOIA request. The Parties are discussing a reformulation or narrowing of the FOIA request for these Components, and plan to continue such discussions in the coming weeks. The result of those discussions may impact the searches already being conducted by at least some of the Components.

    c.    The National Security Division ("NSD") and the Executive Office for United States Attorneys ("EOUSA") each continue to review their search returns for responsiveness, non-exemption, and de-duplication.[3] EOUSA continues to assess that its first record release—assuming responsive records are found—will occur on or before April 29, 2022. NSD continues to roughly project it will release all responsive, non-exempt records—assuming they exist—within 30 days.[4]

    d.    OIG has completed its search for responsive records; it is evaluating the results of its search return and is not yet in a position to estimate a response date.[5]

    e.    The Federal Bureau of Investigation ("FBI") has completed its search, which identified approximately 3,000 potentially responsive pages. Plaintiff has agreed to the fee related to the release of responsive records, *see* 28 C.F.R. § 16.10, and the FBI estimates it can begin providing interim responses to Plaintiff on or around May 31, 2022.

    f.    The remainder of the Components with which Plaintiff's FOIA request remains open continue to search for responsive records. Defendant is

---

[3] The search completed by EOUSA was in accordance with a proposal to Plaintiff, *see supra* note 2, which also currently governs its related review of potentially responsive records.

[4] These early projections for record releases by EOUSA and NSD do not account for possible delays due to consultations with equity holders. *See* 28 C.F.R. § 16.4(d).

[5] The search completed by OIG was in accordance with its proposal to Plaintiff, *see supra* note 2. Plaintiff has responded to that proposal, and the Parties are negotiating how to proceed. These events may increase the time needed by OIG to process the FOIA request.

unable to estimate a date by which all Components' searches will return given the Parties ongoing discussions regarding the scope of the FOIA request.[6]

3. DOJ will continue to engage with Plaintiff while continuing to evaluate its FOIA request. DOJ will update Plaintiff on the projected number of records and processing schedules when such information is known and, thereafter, update the Court.

4. The Parties anticipate having further information for the Court by May 11, 2022, the deadline for the next Joint Status Report set by the Court's December 2, 2021, Minute Order. That report will update the Court on the status of DOJ's response to Plaintiff's FOIA request and, if possible, propose further proceedings or schedules as necessary.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Kristin Taylor
Kristin Taylor
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110

---

[6] The searches already under way by at least some of the Components were in accordance with a narrowing proposal relayed to Plaintiff. *See supra* note 2. Plaintiff's response to that proposal may impact certain Components' searches and related reviews for responsiveness, non-exemption, and de-duplication. While Defendant previously estimated that all Components' searches would return within 90 days of the prior Joint Status Report, *see* ECF No. 16, that date was dependent on Plaintiff accepting Defendant's narrowing proposal *in toto*. The Parties however continue to negotiate how to proceed.

Washington, DC 20005
(202) 353-0533 (direct)
(202) 616-8470
kristin.a.taylor@usdoj.gov

*Counsel for DOJ*

/s/ Gene C. Schaerr
Gene C. Schaerr (D.C. Bar No. 416368)
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Plaintiff PPSA, Inc.*

DATED: April 11, 2022