IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT FOR PRIVACY AND            )
SURVEILLANCE ACCOUNTABILITY,       )
INC.,                              )
      *Plaintiff*,               )
                   )      Civil Action No. 1:21-cv-1972 (CKK)
      *v.*                       )
                   )
UNITED STATES DEPARTMENT OF        )
JUSTICE,                           )
                   )
      *Defendant*.               )
                   )
                   )

## **<u>SUBSTITUTION OF COUNSEL</u>**

To: The Clerk of Court and all parties of record.

      Please enter the appearance of Olivia Hussey Scott as counsel for the Defendant

in the above-captioned case.  Mrs. Scott is admitted or otherwise authorized to practice in

this Court.  Also, please withdraw the appearance of Kristin Taylor, who previously

appeared on behalf of the Defendant.

                        Respectfully submitted,

                        BRIAN M. BOYNTON
                        Principal Deputy Assistant Attorney General

                        ELIZABETH J. SHAPIRO
                        Deputy Branch Director

                        */s/ Olivia Scott*
                        Olivia Hussey Scott
                        Senior Counsel
                        U.S. Department of Justice
                        Civil Division, Federal Programs Branch
                        1100 L St. NW, Room 11112
                        Washington, DC 20005
                        (202) 616-8491

(202) 616-8470 (fax)
olivia.hussey.scott@usdoj.gov

*Counsel for Defendant*

DATED: May 12, 2022