IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

## CONSENT MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT

Defendant hereby moves for an extension of the parties' deadline to file their Joint Status Report by ten days, until October 21, 2022. In support of this motion, Defendant submits:

1. The parties' Joint Status Report is currently due on Tuesday, October 11, 2022. *See* Minute Orders dated September 30 and December 2, 2021; *see also* ECF 23, Joint Status Report, ¶ 23.

2. Defendant seeks this extension of time to allow undersigned counsel additional time to consult with each of the component offices working on Plaintiff's FOIA request and Plaintiff's counsel as well as to prepare the updated Joint Status Report. This time is needed because undersigned counsel has been out of the office recently dealing with a personal matter and counsel expects to be out of the office for some of the week of October 11, 2022, as well. As such, good cause exists for Defendant's request.

3. The relief sought will not unduly delay proceedings because Defendant's

Component offices are continuing to work on Plaintiff's FOIA request, as identified in the parties' prior Joint Status Report.

4. Pursuant to LCvR 7(m), Defendant conferred with Plaintiff's counsel, who indicated that the Plaintiff does not oppose this requested extension.

Accordingly, Defendant respectfully asks the Court to grant Defendant's motion for an extension of the deadline to file a Joint Status Report to October 21, 2022.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Olivia Hussey Scott
Olivia Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11112
Washington, DC 20005
(202) 598-0747 (direct)
(202) 616-8470
olivia.hussey.scott@usdoj.gov

*Counsel for the Defendant*

DATED: October 7, 2022