# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., *Plaintiff*, v. UNITED STATES DEPARTMENT OF JUSTICE, *Defendant*. | Case No. 1:21-cv-1972 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of the undersigned as counsel of record for Plaintiff.

October 12, 2022

        Respectfully submitted,

        */s/ Brian J. Field*
        BRIAN J. FIELD
        D.C. Bar No. 985577
        SCHAERR | JAFFE LLP
        1717 K Street NW, Suite 900
        Washington, DC 20006
        Tel.: (202) 787-1060
        Email: bfield@schaerr-jaffe.com

        *Counsel for Plaintiff.*