IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

**CONSENT MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT**

Defendant hereby moves for an extension of the parties' deadline to file their Joint Status Report by four days, until October 20, 2023. In support of this motion, Defendant submits:

1. The parties' Joint Status Report is currently due on Monday, October 16, 2023. *See* Minute Order, dated October 7, 2022; *see also* ECF 29, Joint Status Report, ¶ 29.

2. Defendant seeks this extension of time to allow undersigned counsel additional time to consult with each of the component offices working on Plaintiff's FOIA request and Plaintiff's counsel as well as to prepare the updated Joint Status Report. This time is needed because undersigned counsel expects to be out of the office early next week for personal reasons and will be unable to finalize and file the parties' report. As such, good cause exists for this request.

3. This extension of time will not unduly delay proceedings because

Defendant's Component offices are continuing to work on Plaintiff's FOIA request, as identified in the parties' prior Joint Status Report.

4.   Pursuant to LCvR 7(m), Defendant conferred with Plaintiff's counsel, who indicated that the Plaintiff consents to this requested extension.

Accordingly, Defendant respectfully asks the Court to grant Defendant's motion for an extension of the deadline to file a Joint Status Report to October 20, 2023.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Olivia Hussey Scott
Olivia Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11112
Washington, DC 20005
(202) 598-0747 (direct)
(202) 616-8470
olivia.hussey.scott@usdoj.gov

*Counsel for the Defendant*

DATED: October 13, 2023