IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT FOR PRIVACY AND SURVEILLANCE ACCOUNTABILITY, INC., <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-1972 (CKK) |

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report in response to the Court's October 7, 2022 Minute Order.

1. Plaintiff seeks records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, from components of the U.S. Department of Justice ("DOJ")[1] related to cell-site simulator technology. There are 13 components within DOJ responsible for processing FOIA requests for the offices identified in Plaintiff's request.

2. The parties are continuing to confer on the outstanding matters in this case. Because this case has recently been re-assigned to a different trial counsel for Defendant, the parties propose providing the Court with a more detailed update in 60 days, by June 17, 2024. The parties agree that a status conference is not needed at this time.

---

[1] For ease and efficiency of reference, all of the components are referred to collectively as "components." One component, the Office of the Inspector General, is a statutorily created independent entity within DOJ.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laurel H. Lum*
Laurel H. Lum
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
(202) 305-8177
laurel.h.lum@usdoj.gov

*Counsel for Defendant*


*/s/ Gene C. Schaerr*
Gene C. Schaerr (D.C. Bar No. 416368)
Brian J. Field (D.C. Bar No. 985577)
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
bfield@schaerr-jaffe.com
gschaerr@schaerr-jaffe.com

*Counsel for Plaintiff PPSA, Inc.*

DATED: April 17, 2024